IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALEXANDER CHARLES BECKMAN, and VALERIE LAU BECKMAN.<br>Defendants. | **Case No.:** CR 25-0012 RFL<br>**PRETRIAL SCHEDULE** |

For the reasons provided at the August 27, 2026 status conference, trial will commence in this matter on September 13, 2027. The Court adopts the following pretrial schedule:

- May 13, 2027: Defense files any pretrial motions under Fed. R. Crim. P. 12(b)(3) or 7.
- May 27, 2027: Government files oppositions to any defense motions under Fed. R. Crim. P. 12(b)(3) or 7.
- June 3, 2027: Defense files replies in support of motions under Fed. R. Crim. P. 12(b)(3) or 7.
- June 17, 2027, at 2:00 p.m.: Hearing on any motions under Fed. R. Crim. P. 12(b)(3) or 7.
- July 22, 2027: Parties disclose expert witnesses and serve expert reports. Government produces witness and exhibit lists to the defense and provides notice of any evidence it may seek to offer under Fed. R. Crim. P. 404(b). Defense provides notice of affirmative defenses under Fed. R. Crim. P. 12.1, 12.2, or 12.3.
- August 5, 2027: Defense produces witness and exhibit lists to the government.
- August 12, 2027: Parties file any objections or proposed supplemental questions to standard jury questionnaire. Parties disclose any rebuttal experts and serve rebuttal expert reports.

- August 19, 2027: Parties file motions in limine and joint pretrial statement. Discovery Cut-Off.
- August 26, 2027: Parties file oppositions to motions in limine, joint proposed jury instructions, joint proposed description of the case, verdict form, exhibit lists, witness lists, and involved individuals list.
- September 2, 2027, at 2:00 p.m.: Pretrial Conference.
- September 8, 2027: Parties deliver original and copy of trial exhibit sets, list of names, places, uncommon terms, and acronyms to the Court.
- September 13, 2027, at 9:00 a.m.: Trial.

IT IS SO ORDERED.

September 3, 2026

Dated

HON. RITA F. LIN
United States District Judge